UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sam Kurshan,<br><br>        Plaintiff,<br><br>    v.<br><br>Safeco Insurance Company of America,<br><br>        Defendant. | No. 2:22-cv-00225-KJM-AC<br><br>**ORDER APPROVING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT AND SET BRIEFING SCHEDULE** |

Having considered the stipulation by and between plaintiff Sam Kurshan and defendant Safeco Insurance Company of America, and good cause appearing, the court grants the parties' Joint Stipulation to Extend Time to Respond to the Initial Complaint and Set Briefing Schedule.

Defendant may answer, move, or otherwise respond to the complaint on or before **March 25, 2022**.

The court also approves the parties' requested briefing schedule on defendant's anticipated motion to dismiss. The deadline for plaintiff to oppose any Motion to Dismiss filed by defendant is **April 25, 2022**. The deadline for defendant's reply in support of any Motion to Dismiss it files is **May 9, 2022**. A hearing on any Motion to Dismiss will be held on Friday, **June 17, 2022, at 10:00 A.M.**, before Chief Judge Kimberly J. Mueller.

- 2 -

**IT IS SO ORDERED.**

DATED: March 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE