**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM KURSHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No.: 2:22-cv-00225-TLN-AC<br><br>Honorable Troy L. Nunley<br>Courtroom: 2 15th Floor<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT AND TO EXTEND FRCP 26(F) DEADLINES** |

Having considered the parties' Stipulation Transferring Venue to the Central District of California, and good cause appearing, the Court HEREBY ORDERS THAT the Stipulation is GRANTED.

IT IS FURTHER ORDERED THAT:

1) Safeco's time to answer, move, or otherwise respond to the Amended Complaint is extended by thirty days to May 19, 2022.

2) The March 16, 2022 Initial Pretrial Scheduling Order (Dkt. No. 11) is hereby amended and the Parties' deadline to meet and confer as required by Federal Rule of Civil Procedure 26(f) is extended to thirty (30) days after Safeco files an answer to the Amended Complaint or thirty (30) days after the Court issues a decision on any motion responding to the Amended Complaint, whichever is earlier.

3) Safeco's Motion to Stay, or in the alternative, to Transfer (Dkt No. 13), remains pending.

Dated: April 7, 2022

_____
Troy L. Nunley
United States District Judge