

# United States District Court
# Eastern District of California

| Sam Kurshan |
|---|
Plaintiff(s)

V.

| Safeco Insurance Company of America |
|---|
Defendant(s)

Case Number: 2:22-cv-00225

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Andrew Hatchett__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Safeco Insurance Company of America

On __11/27/2012__ (date), I was admitted to practice and presently in good standing in the __State Bar of Georgia__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: __05/17/2022__     Signature of Applicant: /s/ __Andrew Hatchett__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Andrew Hatchett |
| Law Firm Name: | Alston & Bird |
| Address: | 1201 West Peachtree Street |
| City: | Atlanta     State: GA     Zip: 30309 |
| Phone Number w/Area Code: | (404) 881-4826 |
| City and State of Residence: | Atlanta, Gerogia |
| Primary E-mail Address: | andrew.hatchett@alston.com |
| Secondary E-mail Address: | morgan.neville@alston.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Rachel Elizabeth King Lowe |
| Law Firm Name: | Alston & Bird |
| Address: | 333 S. Hope Street |
| | 16th Floor |
| City: | Los Angeles     State: CA     Zip: 90071 |
| Phone Number w/Area Code: | (213) 576-1100     Bar # 246361 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 26, 2022

_____
JUDGE, U.S. DISTRICT COURT

# Supreme Court
# State of Georgia
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

May 18, 2022

I hereby certify that David Andrew Hatchett, Esq., was admitted on the 14th day of May, 2015, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.



, Clerk