1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAM KURSHAN, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>             Defendant. | Case No.: 2:22-cv-00225-TLN-AC<br><br>Honorable Troy L. Nunley<br>Courtroom: 2 15th Floor<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS** |

Having considered the parties' Stipulation Extending Defendant Safeco Insurance Company of America's Time to File Reply Brief In Support of Motion to Dismiss, and good cause appearing, the Court HEREBY ORDERS THAT the Stipulation is GRANTED.

IT IS ORDERED THAT: Safeco's time to file its reply brief in support of its pending Motion to Dismiss (ECF No. 21) is extended to June 20, 2022.

Date: June 8, 2022

_____
Troy L. Nunley
United States District Judge