## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SAM KURSHAN,**

                v.

CASE NO: **2:22−CV−00225−DAD−AC**

**SAFECO INSURANCE COMPANY OF AMERICA,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/26/2023**

                              **Keith Holland**
                              Clerk of Court

ENTERED:  **January 27, 2023**

                    by: /s/ C. Perdue
                          Deputy Clerk